IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:
JAMES M. PAUL
CHARLENE F. PAUL                                          Case No. 9:13-bk-05229-FMD

           Debtors.
_____/

## REPORT AND NOTICE OF INTENTION TO SELL
## PROPERTY OF THE ESTATE

TO:     Creditors, Debtors and Parties in Interest:

ROBERT E. TARDIF JR., the Trustee duly appointed and acting in the above estate, reports that he intends to sell on or after 21 days from the date of mailing, the following property of the estate of the Debtors, under the terms and conditions set forth below:

1.     **Type of Sale**: Private sale to The ALR-Vivaldi Land Trust

2.     **Description of Property**:  All right, title and interest, if any, of the bankruptcy estate in and/or to 10761 Vivaldi Court, #1303, Miromar Lakes, FL 33913 (Unit 13-03, Phase 6, Vivaldi at Costa Del Lago Condominium, a condominium, according to the Declaration of Condominium thereof, as recorded in O.R. Book 4573, Pages 1641 through 1750, inclusive, as amended, of the Public Records of Lee County, Florida)

3.     **Terms and Conditions of Sale**: $3,000.00.

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Suite 555, Tampa, Florida 33602, and serve a copy on the Trustee, Robert E. Tardif Jr., P.O. Box 2140, Ft. Myers, Florida 33902 and on the Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602.**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

4.     **Liens & Encumbrances**: The Trustee has noted all liens of which he has knowledge below, but the Trustee has not performed a judgment or lien search. The property is being sold **SUBJECT TO** any and all liens and encumbrances of record, those indicated on the Debtor's schedules and any unknown liens and encumbrances, including any IRS of other governmental liens and encumbrances for payment of delinquent or current taxes.  The Purchaser is responsible for checking the marketability of the title to the property prior to the date of sale.  The Purchaser is responsible for payment of all costs involved in the transfer of title to the property including, but not limited to recording costs, documentary stamps and/or sales tax.  NO WARRANTIES are either express or implied.  The property is being sold AS IS.

| **Lienholder** | **Amount of lien** |
|---|---|
| Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306 | $873,400.00 |
| Lee County Tax Collector<br>P.O. Box 1609<br>Ft. Myers, FL 33902 | $7,916.00 |

> **NOTICE:**  For items subject to Florida Sales Tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale.  The certificate must bear the name and address of the Purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected.  The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee.  If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency or Tax Collector.  This provision does not apply to real estate.

5.   **Higher Bids**: In the case of private sales only, the Trustee will entertain any higher bids for the purchase of the property described in this Report and Notice of Intention to Sell.  Such bids must be at least $100.00 higher than the sales price reflected above.  Any higher bid must be received by the Trustee at the address listed below no later than close of business 21 days from the date of service of this document.

Dated this June 3, 2013.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
Post Office Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756

Copies mailed to:

Assistant United States Trustee (electronically)
The ALR-Vivaldi Land Trust, 8127 Mesa Dr., Ste B206, #204, Austin, TX 78759
James & Charlene Paul, 10761 Vivaldi Ct., #1303, Miromar Lakes, FL 33913
Richard J. Hollander (electronically)
All Creditors and Parties of Interest

Label Matrix for local noticing
113A-9
Case 9:13-bk-05229-FMD
Middle District of Florida
Ft. Myers
Fri May 31 09:49:02 EDT 2013

Caryl E. Delano
Tampa
, FL

Charlene F. Paul
10761 Vivaldi Court
#1303
Miramar Lakes, FL 33913-7685

James M Paul
10761 Vivaldi Court
#1303
Miramar Lakes, FL 33913-7685

Alex & Pamela Vandiver
30 Oakwood
Palos Park IL 60464-1571

BMO Harris Trust & Savings
3800 Golf Rd #300
Rolling Meadows IL 60008-4037

Bank of America NA
4161 Piedmont Pkwy
Greensboro NC 27410-8119

Bank of America NA
c/o Albertelli Law
PO Box 23028
Tampa FL 33623-2028

Bankcard Services
PO Box 94014
Palatine IL 60094-4014

Barclays Bank Delaware
700 Prides Crossing
Newark DE 19713-6102

Bayview Loan Servicing LLC
1301 Virginia Dr #400
Fort Washington PA 19034-3243

Bill & Diane Bonner
15230 Windsor Dr
Orland Park IL 60462-3819

Chase Bank USA
PO Box 15298
Wilmington DE 19850-5298

Chase Bank USA Visa
PO Box 15298
Wilmington DE 19850-5298

Christopher A Montell Trust
450 Shadow Creek Dr
Palos Heights Il 60463-2912

Citimortgage Inc
PO Box 6243
Sioux Falls SD 57117-6243

Dave & Jeanne Paul
22723 Scheer Rd
Frankfort IL 60423-7700

David Ged PA
6622 Willow Park Dr #202
Naples FL 34109-9016

Despina T Manta Living Trust
13249 Lahinch Dr
Orland Park Il 60462-1133

Franciscan Alliance Inc
37643 Eagle Way
Chicago IL 60678-1376

Great Lakes Bank NA
c/o William M Smith
8102 W 119th St #150
Palos Park IL 60464-3081

Harris Bank
PO Box 94034
Palatine IL 60094-4034

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

James & Marilyn Keough
12002 69th Crt
Palos Heights IL 60463-1635

Judith R Montalto
111 E Chestnut St #4300B
Chicago IL 60611-2051

Judith R Montalto
6716 W Park Lane Dr
Palos Heights Il 60463-2229

K2 Investments LLC
c/o Bill Bonner
15230 Windsor Dr
Orland Park IL 60462-3819

Keough Family Trust
12326 Richard Ave
Palos Heights IL 60463-1357

Kevin Keough
647 Pheasant Trail
Frankfort IL 60423-9515

Lee County Development Svcs
Attn Code Enforcement
PO Box 398
Fort Myers FL 33902-0398

Lee County Tax Collector
PO Box 1609
Fort Myers FL 33902-1609

Mane Peltz
4551 W 128th St
Alsip IL 60803-2736

Mark F Manta
13249 Lahinch Dr
Orland Park IL 60462-1133

Mark Manta
6931 Lennox Pl
University Park FL 34201-2257

Mark Manta
c/o Staes & Scallan PC
111 W Washington St #1631
Chicago IL 60602-2710

Mediterra Comm Assoc Inc
15735 Corso Mediterra Circle
Naples FL 34110-2706

Mr and Mrs James Bostwick
28311 Terrazza Lane
Naples FL 34110-2771

Mr and Mrs James Bostwick
28311 Terrazza Lane
Npales FL 34110-2771

Niranjan Choksi
7835 W San Marco Crt
Monee IL 60449-8777

Old Second National Bank
37 S River St
Aurora IL 60506-4172

Patrick Keough
12326 S Richard
Palos Heights IL 60463-1357

Riverside Medical Ctr
c/o Creditors Coll Bureau
755 Almar Pkwy
Bourbonnais IL 60914-2392

Robert & Sandra Barnes
57 Rollingwood Dr
Johnston RI 02919-1641

Sean Keough
12002 69th Crt
Palos Heights IL 60463-1635

Terrazza at Mediterra
c/o Cambridge Mgmt
2335 Tamiami Trl N #402
Naples FL 34103-4458

Wells Fargo Home Mortgage
PO Box 10335
Des Moines IA 50306-0335

Will County Treasurer
302 N Chicago St
Joliet IL 60432-4059

William & Virginia Mitchell
12233 S 68th Crt
Palos Heights IL 60463-1607

Robert E Tardif Jr.+
Trustee
Post Office Box 2140
Fort Myers, FL 33902-2140

Richard J. Hollander +
Miller & Hollander
2430 Shadowlawn Drive, Ste. 18
Naples, FL 34112-4801

United States Trustee - FTM7 +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

.

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Lee County Tax Collector
PO Box 1609
Fort Myers FL 33902-1609

End of Label Matrix
Mailable recipients    51
Bypassed recipients     1
Total                  52