UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: James M. Paul
and Charlene F. Paul,
                                          CASE NO. 9:13-bk-05229
                  Debtors     CHAPTER 7
_____/

### DEBTORS NOTICE OF MAILING ADDRESS CHANGE

COME NOW Debtors, James M. Paul and Charlene F. Paul, by and through their undersigned attorney, and gives notice of change of address as follows:

Former Address
10761 Vivaldi Court #1303
Ft Myers, FL 33913

Current Address
25634 South Kensington Lane
Monee, IL 60449

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602 and Robert Tardif Trustee, PO box 2140, Ft Myers, FL 33902, by first class U.S. Mail, postage fully prepaid or by electronic notification, this 20 day of June, 2013.

MILLER and HOLLANDER
Attorneys for Debtors
2430 Shadowlawn Drive, Suite 18
Naples, FL 34112
Telephone (239)775-2000
Facsimile (239)775-7953

By:_____
Richard J. Hollander
Florida Bar No. 884900
Edward R. Miller
Florida Bar No. 182746
Jeremy R. Iskin
Florida Bar No. 63931

M:\USERS\Tina\Address Changes\A client address change Tardif.wpd