IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

JAMES M PAUL AND CHARLENE F. PAUL             Case No. 9:13-bk-05229-FMD

_____DEBTORs._____ /

## TRUSTEE'S MOTION FOR EXTENSION OF TO FILE OBJECTION TO DEBTORS' CLAIM OF EXEMPTION

The Trustee moves the Court to grant a 29 day extension of time within which to file an Objection to Claim of Exemptions and states as follows:

1. The Debtors filed this Chapter 7 case on April 23, 2013.

2. In advance of the creditors' meeting the Debtors provided the Trustee with their individual 2012 federal income tax return and prior six-month income information.

3. The Trustee previously requested other documents, including bank statements, retirement account statements and vehicle documentation. The Trustee also requested income tax returns on at least one of the corporate entities listed in the Debtors' schedules.

4. To date, the Debtors have not provided the requested documentation and the Trustee has not been able to review such information to determine whether the Debtors' claim of exemptions is appropriate.

WHEREFORE the Trustee requests that the deadline to file an objection to exemptions be extended 29 additional days, through and including Friday, July 26, 2013.

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, and serve a copy on the Trustee, Robert E. Tardif Jr., Post Office Box 2140, Fort Myers, Florida 33902 and on the Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

*Certificate of Service*

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant United States Trustee and Richard J. Hollander and by regular U.S. Mail to James M Paul, 25634 South Kensington, Monee IL 60499 and Charlene F. Paul**,** 10761 Vivaldi Court #1303, Miromar Lakes, FL 33913 on June 24, 2013

                                            /s/ Robert E. Tardif Jr.  
                                            Robert E. Tardif Jr., Trustee  
                                            P.O. Box 2140  
                                            Fort Myers, Florida 33902  
                                            Telephone: 239/362-2755  
                                            Facsimile: 239/362-2756  
                                            Email: rtardif@comcast.net