UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

JAMES M. PAUL and
CHARLENE F. PAUL,

                         CASE NO. 9:13-bk-05229-FMD
        Debtors.        CHAPTER 7
_____/

### DEBTORS' AMENDMENT TO SCHEDULE F

    COME NOW Debtors, JAMES M. PAUL and CHARLENE F. PAUL, and amend Schedule F as follows:

    1.  Schedule F is **amended to add the following:**

| | |
|---|---|
| **Miromar Lakes Master Assoc.**<br>10801 Corkscrew Road<br>Suite 305<br>Estero, FL 33928 | $Notice only |
| **Vivaldi at Costa Del Lago**<br>c/o Suitor Middleton Cox & Assoc.<br>15751 San Carlos Boulevard, #8<br>Fort Myers, FL 33908 | $Notice only |
| **#1010/1012/1013**<br>**United States Dept. of Agriculture**<br>**Will-Cook County Farm Svc Agency**<br>1201 Gougar Rd.<br>New Lenox, IL 60452-9748 | $5,195 |

    We, JAMES M. PAUL and CHARLENE F. PAUL declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge, information and belief.

_____    _____
JAMES M. PAUL                            CHARLENE F. PAUL

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, Robert E. Tardif, Jr., Trustee, P.O. Box 2149, Fort Myers, FL 33913, Miromar Lakes Master Assoc., 10801

Corkscrew Road, Suite 305, Estero, FL 33928, Vivaldi at Costa Del Lago c/o Suitor Middleton Cox & Assoc., 15751 San Carlos Boulevard, #8, Fort Myers, FL 33909 and United States Department of Agriculture, Will-Cook County Farm Service Agency, 1201 Gougar Road, New Lenox, IL 60451-9748, together with a copy of the 341 Notice to Miromar Lakes Master Assoc., 10801 Corkscrew Road, Suite 305, Estero, FL 33928, Vivaldi at Costa Del Lago c/o Suitor Middleton Cox & Assoc., 15751 San Carlos Boulevard, #8, Fort Myers, FL 33909 and United States Department of Agriculture, Will-Cook County Farm Service Agency, 1201 Gougar Road, New Lenox, IL 60451-9748, by first class U.S. Mail, postage fully prepaid or by electronic notice, this 10 day of _July_____, 2013.

                        MILLER AND HOLLANDER
                        Attorneys for Debtors
                        2430 Shadowlawn Drive, Suite 18
                        Naples, FL 34112
                        Telephone (239) 775-2000
                        Facsimile (239) 775-7953

                        By: _____
                        RICHARD J. HOLLANDER
                        Florida Bar No. 884900
                        EDWARD R. MILLER
                        Florida Bar No. 182746
                        KATHERINE E. ISKIN
                        Florida Bar No. 073023
                        JEREMY R. ISKIN
                        Florida Bar No. 063931

M:\USERS\RUTH\CHAP7-N.Z\AMEND.J PAUL.wpd

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number 9:13-bk-05229-FMD

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 23, 2013.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

*Creditors – Do not file this notice with any proof of claim you submit to the court.*
**See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| James M Paul<br>aka James Paul, aka James Michael Paul<br>10761 Vivaldi Court<br>#1303<br>Miromar Lakes, FL 33913 | Charlene F. Paul<br>aka Charlene Fae Paul<br>10761 Vivaldi Court<br>#1303<br>Miromar Lakes, FL 33913 |
| Case Number:<br>9:13-bk-05229-FMD | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-6157<br>xxx-xx-6494 |
| Attorney for Debtor(s) (name and address):<br>Richard J Hollander<br>Miller & Hollander<br>2430 Shadowlawn Drive, Ste. 18<br>Naples, FL 34112<br>Telephone number: 239-775-2000 | Bankruptcy Trustee (name and address):<br>Robert E Tardif Jr.<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902<br>Telephone number: (239) 362-2755 |

### Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones into the Courthouse.

Date: **May 28, 2013**          Time: **09:00 AM**
Location: **United States Courthouse Federal Bldg., 2110 First Street 2-101, Fort Myers, FL 33901**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts:**
**July 29, 2013**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>801 N. Florida Ave, Suite 555<br>Tampa, FL 33602-3899<br>Telephone number: | For the Court:<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: April 25, 2013 |
| Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701. | |

## EXPLANATIONS                                                                        FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint – or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) – in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| | **-- Refer to Other Side for Important Deadlines and Notices --** |
| Voice Case Info. System (McVCIS) | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1-866-222-8029. |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Fort Myers Division

In re    James M. Paul & Charlene F. Paul                  Case No. _____

                        Debtor

                                                           Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 1,687,301.00 | | |
| B – Personal Property | YES | 3 | $ 99,630.00 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 2,894,608.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 609,847.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 356.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 3,099.00 |
| TOTAL | | 22 | $ 1,786,931.00 | $ 3,504,455.00 | |

# United States Bankruptcy Court
## Middle District of Florida, Fort Myers Division

In re   James M. Paul & Charlene F. Paul                    Case No. _____
                    Debtor

                                                             Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 356.00 |
| Average Expenses (from Schedule J, Line 18) | $ 3,099.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 3,554.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 657,309.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 609,847.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,267,156.00 |