IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:
JAMES M. PAUL
CHARLENE F. PAUL

Case No.  9:13-bk-05229-FMD

     Debtors
_____/

PROOF OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Order Extending Time for Trustee to File Objection to Claim of Exemption has been furnished via electronic service by the Court and by regular U.S. Mail to James & Charlene Paul, 25634 South Kensington, Monee, IL 60499 this 19th day of July, 2013.

    /s/ Robert E. Tardif Jr.
    Robert E. Tardif, Jr., Trustee
    P.O. Box 2140
    Ft. Myers, FL 33902
    239/362-2755
    rtardif@comcast.net