**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

IN RE:

**JAMES M PAUL**                                                   CASE NO 9:13-bk-05229-FMD
  aka JAMES PAUL                                              CHAPTER:  7
  aka JAMES MICHAEL PAUL

**CHARLENE F. PAUL**
  aka CHARLENE FAE PAUL

_____/
                                                                      **PROOF OF SERVICE**

      I CERTIFY that on this 22nd day of July, 2013, I served a copy of the Order Granting Relief from the Automatic Stay (DE 20) on the parties listed below.

           Wayne B. Spivak.
           Albertelli Law
           Attorney for Secured Creditor
           PO Box 23028
           Tampa, FL 33623
           Telephone: (813) 221-4743 ext.2344
           Facsimile: (813) 221-9171

           By: /s/ Wayne B. Spivak
           Wayne B. Spivak
           Florida Bar No.:  38191

**SERVICE LIST**
James M Paul
Charlene F. Paul
10761 Vivaldi Court #1303
Miromar Lakes, FL 33913

Richard J. Hollander
Miller & Hollander
2430 Shadowlawn Drive, Ste. 18
Naples, FL 34112

Trustee
Robert E Tardif, Jr.
Post Office Box 2140
Fort Myers, FL 33902