UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

JAMES M. PAUL AND
CHARLENE F. PAUL,

CASE NO. 9:13-BK-05229-FMD

CHAPTER 7

    Debtors.
_____/

**NOTICE OF APPEARANCE**

    BMO HARRIS BANK, N.A., its Successors and/or its Assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**BRANDI R. LESESNE
RCO LEGAL, P.S., P.A.
1587 NORTHEAST EXPRESSWAY
ATLANTA, GA 30329**

Dated this September 17, 2013.

    Respectfully submitted,

    /s/ Brandi R. Lesesne
    Brandi R. Lesesne, Florida Bar No. 65477
    Attorney for Secured Creditor
    RCO Legal, P.S., P.A.
    1587 Northeast Expressway
    Atlanta, GA  30329
    678-298-8847
    Fax: 404-329-8025
    blesesne@rcolegal.com

79922

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance has been served either by electronic transmission or by United States first class mail postage prepaid to the following:

James M Paul
25634 South Kensington Lane
Monee, IL 60449

Charlene F. Paul
25634 South Kensington Lane
Monee, IL 60449

Richard J. Hollander
2430 Shadowlawn Drive, Ste. 18
Naples, FL 34112
millerandhollander@comcast.net

Robert E. Tardif, Jr.
P.O. Box 2140
Fort Myers, FL 33902
rtardif@comcast.net

Office of the United States Trustee
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Dated this September 17, 2013.

                                                Respectfully submitted,

                                                /s/ Brandi R. Lesesne
                                              Brandi R. Lesesne, Florida Bar No. 65477
                                              Attorney for Secured Creditor
                                              RCO Legal, P.S., P.A.
                                              1587 Northeast Expressway
                                              Atlanta, GA  30329
                                              678-298-8847
                                              Fax: 404-329-8025
                                              blesesne@rcolegal.com

79922