UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

In the Matter of:

JAMES PAUL
CHARLENE PAUL

Chapter 7

Case No: 13-05229

_____Debtor(s)._____ /

### WITHDRAWAL OF LEE COUNTY TAX COLLECTOR'S AMENDED SECURED CLAIM No 1

COMES NOW, Larry D. Hart, Tax Collector of Lee County, Florida, by and through his undersigned designee, and withdraws his amended secured claim filed herein for the reason that this claim has been paid.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic notice, if registered in the Electronic Case Filing System; otherwise by U.S. mail, postage prepaid, this 28 day of October, 2013 to:

MILLER AND HOLLANDER, RICHARD J HOLLANDER, 2430 SHADOWLAWN DRIVE, SUITE 18, NAPLES, FL 34112
ROBERT E TARDIF, POST OFFICE BOX 2140, FORT MYERS, FL 33902
UNITED STATES TRUSTEE FTM, , 501 E POLK ST STE 1200, TIMBERLAKE ANNEX, TAMPA, FL 33602
HENDERSON, FRANKLIN, STARNES & HOLT, P.A., LUIS E RIVERA, POST OFFICE BOX 280, FORT MYERS, FL 33902-0280
JAMES M PAUL, 25634 SOUTH KENSINGTON LANE, #1303, MONEE, IL 60449

Thelma McNaughton
Legal Specialist for the
LEE COUNTY TAX COLLECTOR
Post Office Box 850
Fort Myers, FL 33902-0208
239-533-6000

By: /s/Thelma McNaughton
    Thelma McNaughton
    Legal Specialist