**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 13-05229 CED Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | PAUL, JAMES M | Date Filed (f) or Converted (c): | 04/23/13 (f) |
| | PAUL, CHARLENE F. | 341(a) Meeting Date: | 05/28/13 |
| For Period Ending: | 09/30/13 | Claims Bar Date: | 09/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10761 VIVALDI CT, #1303, MIROMAR LAKES | 402,200.00 | 0.00 | | 3,000.00 | FA |
| 2. 28311 TERRAZZA LANE, NAPLES | 1,112,203.00 | 0.00 | OA | 0.00 | FA |
| 3. 25634 S. KENSINGTON LANE, MONEE, IL | 172,898.00 | 0.00 | OA | 0.00 | FA |
| 4. CASH | 120.00 | 0.00 | | 0.00 | 0.00 |
| 5. BANK ACCOUNT | 465.00 | 0.00 | | 0.00 | 0.00 |
| 6. HOUSEHOLD GOODS & FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING | 175.00 | 0.00 | | 0.00 | FA |
| 8. JEWELRY | 975.00 | 0.00 | | 0.00 | FA |
| 9. SPORTS, HOBBY EQUIPMENT | 120.00 | 0.00 | | 0.00 | FA |
| 10. LIFE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 11. THREE IRAs | 41,012.00 | 0.00 | | 0.00 | FA |
| 12. IRA RETIREMENT ACCOUNT | 16,625.00 | 0.00 | | 0.00 | FA |
| 13. 100% ALPS DEVELOPMENT | 6.00 | 0.00 | | 0.00 | FA |
| 14. 100% SUMMERLIN INVESTMENTS LLC | 6.00 | 0.00 | | 0.00 | FA |
| 15. 2003 MERCEDES SL 500 ROADSTER | 13,500.00 | 9,095.00 | | 0.00 | 9,095.00 |
| 16. 2006 LEXUS GS (bank fee of $1,199.80 added) | 24,900.00 | 22,099.80 | | 0.00 | 22,099.80 |
| 4% bank fee of $1199.80 added to trustee value | | | | | |
| 17. COMPUTER EQUIPMENT | 225.00 | 0.00 | | 0.00 | FA |
| 18. PERSONAL PAPERS | 1.00 | 0.00 | | 0.00 | FA |
| 19. 2013 TAX REFUND (4/12) (u) | 0.00 | 0.00 | | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $1,786,931.00 | $31,194.80 | | $3,000.00 | Gross Value of Remaining Assets $31,194.80 |

(Total Dollar Amount in Column 6)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| | |
|---|---|
| Case No: 13-05229    CED    Judge: Caryl E. Delano | Trustee Name: Robert E. Tardif Jr. |
| Case Name: PAUL, JAMES M | Date Filed (f) or Converted (c): 04/23/13 (f) |
| PAUL, CHARLENE F. | 341(a) Meeting Date: 05/28/13 |
| | Claims Bar Date: 09/03/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 30, 2013 (RET) - Emailed attorney for bank statements and retirement account information.

June 03, 2013 (GAH) Notice of Sale for 10761 Vivaldi Ct. #1303, Miromar Lakes filed.   Buyer is ALR-Vivaldi Land Trust (Jean Norton) for $3000.00.   Copy sent to Norton.

June 24, 2013 (RET) - Prepared motion to extend time to file OTE (7/26/13). Emailed attorney for documents on corporate entities.

June 25, 2013 (GAH) No objection to Notice of Sale (10761 Vilvaldi Ct.)  E-mail sent to buyer for funds. (received)

September 27, 2013 (RET) - Preparing proposed repurchase agreement.

September 30, 2013 (GAH) Proposed Stip for $31,194.80 at $2,599.57 per mo. beginning 11/1/13 for 12 mos plus 4/12 of any 2013 tax refund.

October 07, 2013 (RET) - Emailed J. Bierfeld re: basis of claim of Mark Manta.

Initial Projected Date of Final Report (TFR): 04/22/15          Current Projected Date of Final Report (TFR): 04/22/15

/s/    Robert E. Tardif Jr.
_____ Date: 10/11/13
ROBERT E. TARDIF JR.

LFORM1    Ver: 17.03a

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 13-05229 -CED | Trustee Name: | Robert E. Tardif Jr. |
| --- | --- | --- | --- |
| Case Name: | PAUL, JAMES M | Bank Name: | BANK OF KANSAS CITY |
| | PAUL, CHARLENE F. | Account Number / CD #: | *******1967  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8143 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $   0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/10/13 | 1 | A&S Property Investment Group | SALE OF ASSETS | 1110-000 | 3,000.00 | | 3,000.00 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,990.00 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,980.00 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,970.00 |

|  | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 3,000.00 | 30.00 | 2,970.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,000.00 | 30.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,000.00 | 30.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********1967 | 3,000.00 | 30.00 | 2,970.00 |
| | 3,000.00 | 30.00 | 2,970.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      3,000.00      30.00

Ver: 17.03a

LFORM24