**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**In Re:**
**JAMES M. PAUL and**                 **CASE NO. 9:13-BK-05229-FMD**
**CHARLENE F. PAUL,**                **CHAPTER 7**

           **Debtors.**      /

## PROOF OF SERVICE

I, Alecia C. Daniel, hereby certify that on December 5, 2013, a true and correct copy of the foregoing Order Granting Motion to Compel Abandonment (DE # 33) by electronic transmission or regular mail, with appropriate postage affixed at the below addresses:

| **VIA REGULAR U.S. MAIL:** | **ELECTRONIC TRANSMISSION** |
|---|---|
| James M Paul<br>25634 South Kensington Lane<br>Monee, IL 60449 | Richard J. Hollander<br>Miller & Hollander<br>2430 Shadowlawn Drive, Ste. 18<br>Naples, FL 34112 |
| Charlene F. Paul<br>25634 South Kensington Lane<br>Monee, IL 60449 | Robert E Tardif<br>Post Office Box 2140<br>Fort Myers, FL 33902 |
| | Office of the United States Trustee<br>United States Trustee - FTM7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602 |

**RCO LEGAL, P.S., P.A.**
1587 Northeast Expressway
Atlanta, GA 30329
(954) 607-3956
Fax: (404) 329-8095
adaniel@rcolegal.com

**/s/ Alecia C. Daniel**
Alecia C. Daniel
Fla. Bar No. 36955

79922