IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

JAMES M PAUL and CHARLENE F. PAUL                      Case No. 9:13-bk-05229-FMD

_____/

### TRUSTEE'S OBJECTION TO CLAIM NO. 04-1 FILED BY MARK F MANTA

COMES NOW the Trustee, ROBERT E. TARDIF JR., and objects to Claim No. 04-1 filed by the Claimant, MARK F MANTA, and states as follows: The Claimant filed a general unsecured claim, but did not provide sufficient documentation to establish the basis of the Debtor's liability for the debt.

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within 30 days from the date set forth on the proof of service contained within this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, and serve a copy on the Trustee, Robert E. Tardif Jr., Post Office Box 2140, Fort Myers, Florida 33902 and on the Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**\*\*\*\* NOTE TO DEBTORS \*\*\*\* DO NOT CALL THE TRUSTEE'S OFFICE IN RESPONSE TO THIS OBJECTION. This Objection involves only the Creditor named in the Objection. YOU ARE RECEIVING THIS FOR YOUR INFORMATION ONLY.**

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on January 3, 2014 electronically to the Assistant United States Trustee and Richard J. Hollander and by regular U.S. Mail to the following:

| | | |
|---|---|---|
| James M Paul<br>25634 South Kensington<br>Monee, IL 60499 | Charlene F. Paul<br>25634 South Kensington<br>Monee, IL 60499 | C/O Jonathan M. Bierfeld<br>Mark F Manta<br>3701 Del Prado Blvd<br>Cape Coral, Florida 33904 |

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
Post Office Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756